IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

MIRANDA M. MITCHELL, and    )
D.G.M., a minor, brought    )
by next friend and parent,  )
Miranda M. Mitchell and     )
those similarly situated,   )
                            )
       Plaintiffs,          )
                            )        CIVIL ACTION NO.
    v.                      )         2:17cv768-MHT
                            )            (WO)
STATE OF ALABAMA, et al.,   )
                            )
       Defendants.          )

                        OPINION

    Plaintiffs filed this lawsuit asserting that the

participants in a state-court divorce proceeding

discriminated against them on the basis of disability

and perceived disability in violation of Title II and

Title III of the Americans with Disabilities Act and

Section 504 of the Rehabilitation Act.  This lawsuit is

now before the court on the recommendation of the

United States Magistrate Judge that plaintiffs' case be

dismissed due to the passage of the statute of

limitations on their claims.  Also before the court are

plaintiffs' objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiffs' objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of May, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE