IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
MIRANDA M. MITCHELL, and    )
D.G.M., a minor, brought    )
by next friend and parent,  )
Miranda M. Mitchell and     )
those similarly situated,   )
                            )
     Plaintiffs,            )
                            )    CIVIL ACTION NO.
     v.                     )     2:17cv768-MHT
                            )         (WO)
STATE OF ALABAMA, et al.,   )
                            )
     Defendants.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' objections (doc. no. 20) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 19) is adopted.

(3) This lawsuit is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 7th day of May, 2018.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE